# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:18-cr-26 |
| v. ) | |
| ) | Dist. Judge Harry S. Mattice |
| ROBERT BRANDON HORN ) | |
| ) | Mag. Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. __] recommending that the Court: (1) accept Defendant's guilty plea as to Count One of the one count Information; (2) adjudicate Defendant guilty of knowing possession of destructive devices as defined by 26 U.S.C. § 5845 (*i.e.*, pipe bombs), which were not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d) and 5871; and (3) order that Defendant remain in custody pending further order of this Court. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. ___] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of knowing possession of destructive devices as defined by 26 U.S.C. § 5845 (*i.e.*, pipe bombs), which were not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d) and 5871;

3. Defendant's sentencing hearing shall take place on **December 10, 2018, at 9:00 a.m.**; and

4. Defendant **SHALL REMAIN** in custody pending further order of this Court.

**SO ORDERED.**

                                                */s/ Harry S. Mattice, Jr.*
                                               HARRY S. MATTICE, JR.
                                         UNITED STATES DISTRICT JUDGE